(116 So. 321)

**CORINTH BANK & TRUST CO. v. L. J. GENTRY et al. (8 Div. 22).**

Supreme Court of Alabama.   March 29, 1928.

Certiorari to Court of Appeals.

Williams & Chenault, of Russellville, for petitioner.

Stell & Quillin, of Russellville, opposed.

SOMERVILLE, J. Petition of the Corinth Bank & Trust Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Corinth Bank & Trust Co. v. Gentry et al., 116 So. 320.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

━━━━

(116 So. 320)

**Bill FLOYD v. STATE.   (4 Div. 377.)**

Supreme Court of Alabama.   March 29, 1928.

Certiorari to Court of Appeals.

J. C. Fleming, of Elba, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

THOMAS, J. Petition of Bill Floyd for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Floyd v. State, 116 So. 318.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BROWN, JJ., concur.